### SPENCER *against* TABELE.

Where the de-        PARKER, in behalf of the plaintiff, moved to strike out of the
fendant, in an
action for a defendant's plea, in this cause, which was an action for a libel, all
libel, in his
plea set forth, such parts of the plea as were a recital of the declarations in the
*in hæc verba,* cause of *Spencer* v. *Gould,* and in *Spencer* v. *Ward,* in this court.
two declara-
tions by the
plaintiff in two     *Foot,* contra.
other actions,
the court or-
dered them to      *Per Curiam.* The two declarations set forth, *in hæc verba,* in
be struck out,
as being an the plea, are unnecessary and superfluous, and oppressively en-
oppressive en-
cumbrance on cumber the record. They ought, therefore, to be struck out,
the recor.
with costs of this motion.

Motion granted.